UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

THOMAS H L BARFELL,

    Plaintiff,

v.      Case No. 17-C-1365

KATRINA BRUCKER, et al.,

    Defendants.

## ORDER

Plaintiff Thomas Barfell, who is currently representing himself, filed this civil rights action asserting that the defendants violated his constitutional rights. This matter comes before the court on Barfell's motion to compel. Barfell request that the court order the defendants to respond to his discovery requests, though he does not indicate what requests the defendants have failed to respond to. His motion is also deficient because Barfell did not certify that he consulted with the defendants in an attempt to resolve the dispute before seeking relief from the court. *See* Fed. R. Civ. P. 37(a)(1); Civil L.R. 37 (E.D. Wis.). Barfell should attempt to consult with the defendants to resolve this dispute and explain which discovery disputes remain outstanding.

**IT IS THEREFORE ORDERED** that Barfell's motion to compel (ECF No. 31) is **DENIED**.

Dated this __16th__ day of July, 2018.

                                            s/ William C. Griesbach
                                            William C. Griesbach, Chief Judge
                                            United States District Court